IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN F. JONES, #G16313,

    Plaintiff,

v.                              CASE NO. 4:11cv598-SPM/CAS

U.S. DEPT. OF VETERAN
AFFAIRS,

    Defendant.
_____/

## ORDER

Pursuant to the magistrate judge's report and recommendation dated June 8, 2012 (doc. 13) and Plaintiff's Notice of Voluntary Dismissal (doc. 14), it is

ORDERED as follows:

1. The magistrate judge's report and recommendation (doc. 13) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed without prejudice.

3. All pending motions are denied as moot.

DONE AND ORDERED this 15th day of June, 2012.

                                      *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  Senior United States District Judge